# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02061-MSK-MEH

UNITED STATES OF AMERICA,

    Petitioner,

v.

JODIE M. SIGLER, Owner, Rocky Mountain Water Conservation Concepts, Inc.,

    Respondent.

## FINAL ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce Internal Revenue Service Summonses ("Petition") and the accompanying exhibits, this Court finds as follows:

1.    On March 3, 2011, the Internal Revenue Service served a summons on Respondent Jodie M. Sigler, Owner, Rocky Mountain Water Conservation Concepts, Inc. ("Respondent").

2.    The Internal Revenue Service summons was issued to Respondent for a legitimate purpose: to determine the collectability of taxes of Respondent for the Form 941 quarterly periods ending June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, and June 30, 2010.

3.    On April 7, 2011, the Internal Revenue Service served a second summons on Respondent.

4. The Internal Revenue Service summons was issued to Respondent for a legitimate purpose: to determine the tax liability of Respondent for the Form 1120 fiscal periods ending December 31, 2008, December 31, 2009, and December 31, 2010.

5. The above-listed tax periods were specified in the Internal Revenue Service summonses served on Respondent.

6. The testimony, records, and documents demanded by the Internal Revenue Service summonses are not in the possession of the Internal Revenue Service.

7. The administrative steps required by the Internal Revenue Code for the issuance of the summonses have been met.

8. As indicated in the Affidavit of Service (Doc. 5), Respondent was served on August 16, 2011 with: (1) the Order to Show Cause (Doc. 2) issued by the Court on August 9, 2011, and (2) a copy of the Petition (Doc. 1) with exhibits.

9. As of this date, Respondent has failed to comply with the IRS summonses.

10. Respondent has failed to show sufficient cause as to why she should not be ordered to comply with the Internal Revenue Service summonses.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the Internal Revenue Service summonses served upon her by appearing at the Internal Revenue Service office at 56 Inverness Drive East, Englewood, CO 80112, before Revenue Officer John S. Donohue, telephone number (720) 956-4330 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than _November 14_, 2011, to give testimony and to produce

for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summonses.

IT IS FURTHER ORDERED that failure to comply with this Order may result in Respondent being found in contempt of Court, in which case she may be fined or imprisoned.

IT IS FURTHER ORDERED that upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of Petitioner United States of America.

Dated this 28th day of September, 2011.

BY THE COURT:

Marcia S. Krieger
UNITED STATES DISTRICT JUDGE